# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MOHAMMAD SOHAIL SALEEM, | Civil No. 3:21-cv-542 |
| Plaintiff | (Judge Mariani) |
| v. | |
| COMMONWEALTH OF PENNSYLVANIA, et al., | |
| Defendants | |

## ORDER

**AND NOW**, this 4th day of May, 2022, upon consideration of Defendants' motion (Doc. 17) for summary judgment, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 17) for summary judgment is **GRANTED**.

2. The Clerk of Court is directed to **ENTER** judgment in favor of Defendants and against Plaintiff.

3. The action against the John Doe Defendant is **DISMISSED** without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. See FED. R. CIV. P. 4(m).

4. The Clerk of Court is directed to **CLOSE** this case.

5. Any appeal from this Order is **DEEMED** frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge